# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## (COLUMBIA DIVISION)

The Cincinnati Insurance Company, *et al.,*
Plaintiffs,

v.

Meetze Plumbing Co., Inc., *et al.,*
Defendants.

)
)
)
)
)
)
)
)

**Case No.  3:20-cv-02719-SAL**

**Application/Affidavit for**
***Pro Hac Vice* Admission**

(1)  <u>Name.</u>    Richard _____ Steven _____ DeGeorge _____
                 First                 Middle              Last

(2)  <u>Residence</u>. I reside in the following state:    North Carolina _____
     If a South Carolina resident, indicate months/years of residence: _____

(3)  <u>Business Address.</u> I am an attorney and practice law under the name of or as a member of the following firm:

     Firm name:  Robinson, Bradshaw & Hinson, P.A
     Mailing address:  101 N. Tryon Street, Suite 1900 _____ City/State/Zip  Charlotte, NC  28246
     Telephone number:  704-377-8380
     Facsimile number:  704-373-3980
     E-mail address:  sdegeorge@robinsonbradshaw.com
     (Application will not be considered without an e-mail address to receive electronic notification.)

(4)  <u>Jurisdiction of this Court</u>. I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5)  <u>Regular Practice of Law</u>. I am a member in good standing of the bar of the highest court of the District of Columbia or the State of <u>North Carolina</u> where I regularly practice law. **Attached is my certificate of good standing.**

(6)  <u>Additional Bar Membership</u>. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other

---

Revised This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

| Court | Date Admitted | Good Standing | |
|---|---|---|---|
| Northern District of Ohio | May 15, 1986 | ☒Yes | ☐No |
| Western District of North Carolina | August 17, 1994 | ☒Yes | ☐No |
| Eastern District of North Carolina | March 10, 2005 | ☒Yes | ☐No |
| Middle District of North Carolina | October 3, 2005 | ☒Yes | ☐No |
| U.S. Court of Appeals for Fourth Circuit | May 1, 2001 | ☒Yes | ☐No |
| U.S. Court of Appeals, Fifth Circuit | August 19, 2002 | ☒Yes | ☐No |
| U.S. Court of Appeals, Sixth Circuit | November 26, 1986 | ☒Yes | ☐No |
| U.S. Court of Appeals, Federal Circuit | April 28, 2006 | ☒Yes | ☐No |
| United States Supreme Court | February 22, 2005 | ☒Yes | ☐No |
| Supreme Court of Ohio | April 28, 1986 | ☒Yes | ☐No |

(7)    Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐Yes  ☒No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____

(8)    Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐Yes  ☒No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____

(9)    Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐Yes  ☒No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____

(10)   Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?

Revised 10/11/05

☐ Yes    ☒ No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

(11)    Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
X Yes    ☐ No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.
*National Union Fire Ins. Co. v. Mayfield*, U.S. District Court, District of South Carolina
(Rock Hill Division), Case No. 18-cv-02402

(12)    Designated Local Counsel. Local counsel of record associated with Applicant in this case is:
| | |
|---|---|
| Attorney Name: | Ben DeCelle |
| Firm Name: | Robinson, Bradshaw & Hinson, P.A. |
| Street Address or Post Office Box: | 101 N. Tryon Street, Suite 1900 |
| City, State, and Zip Code: | Charlotte, North Carolina 28246 |
| Telephone Number: | (704) 377-8319 |
| E-Mail Address: | bdecelle@robinsonbradshaw.com |

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13)    Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.

David C. Kimball

(14)    Application Fee. I affirm that the application fee of three hundred and fifty dollars ($350) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15)    Electronic Notification. By submitting this application, I consent to electronic notification.

(16)    Represented Party/Parties. I seek to represent the following party/parties:

Meetze Plumbing Co., Inc.

Revised 10/11/05

(17)    I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.



_____
Signature of Applicant

**Sworn to and subscribed before me**
this __19__ day of __April__, 2021.

__Christine N Sigmon__
A Notary Public
of the State of __North Carolina__

My Commission expires: __11.21.2024__

(Notary seal: CHRISTINE N. SIGMON / NOTARY PUBLIC / MECKLENBURG COUNTY, NC)

Revised 10/11/05

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Amy L. Funderburk, Clerk of the Supreme Court of North Carolina, do hereby

certify that on June 10, 1994, license to practice as an Attorney and Counselor at Law in all

the Courts of this State was issued by the North Carolina Board of Law Examiners to

# Richard Steven DeGeorge

according to the certified list of licentiates reported by the Secretary of said Board and filed

in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this

Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in

Raleigh, this April 28, 2021.

Amy L. Funderburk
Clerk of the Supreme Court
of the State of North Carolina