

June 10, 2021

Elizabeth F. Wieters, Esq.
Hall Booth Smith
111 Coleman Boulevard, Suite 301
Mount Pleasant, South Carolina 29464


Re:    **The Cincinnati Insurance Company, Motorists Commercial Mutual Insurance**
       **Company, Penn National Insurance Company, v.**
       **Meetze Plumbing Co., Inc.; Promenade at Sandhill Condominium Association, Inc.;**
       **M.B. Kahn Construction Co., Inc.; and Kahn Development Company,**
       **Civil Action No.:**      **20-CV-02719-SAL**
       **RCE File No.:**          **210400**


Dear Ms. Wieters:

Meetze Plumbing[1] performed the plumbing work on The Promenade at Sandhills project in two
of the four buildings. The names of the buildings they worked on are Monoco & Portofino. The
work was performed between 2006-2009. There are many allegations against many contractors
that are part of a large legal action that has resulted in the subject legal action referenced above.
The experts for the plaintiff (Peter Sherratt, Warren Maddox, and Eddie Porcher) in the
underlying legal action have made accusations of defective workmanship against Meetze
Plumbing (among others). After examining the materials and depositions of the plaintiff's
experts, I have determined that there are three possible allegations against Meetze plumbing. In
light of this, I am providing my findings in the above referenced case.

---

[1] I am aware that there is some dispute over whether the Meetze Plumbing that is a party to the
referenced legal action is the same Meetze Plumbing that did the work on the subject property.  I have
not attempted to render any opinion on that issue.   If the Meetze Plumbing that has been sued did not
do any work on the project, then obviously there would be no possibility of consequential damages.

2318 Devine Street
Columbia, South Carolina 29205
803-708-2573
jay@rogersconeng.com

1.      A complete statement of all opinions you will express and the basis and reasons for them.

- It is alleged by the plaintiff and their experts, particularly Warren Maddox, that the Through-Penetration Firestop System (i.e. Fire Caulking) throughout the four buildings is not applied properly. Mr. Maddox is critical of the design drawings as it relates to the fire caulking. Mr. Maddox is also critical of the application of the fire caulking. According to his deposition, he does not know who performed the fire caulking - if it was a specialty fire caulking subcontractor or the mechanical contractors applying fire caulk to their materials where necessary. Exhibit 122 to Maddox's deposition is the Project Specifications Section 07840 – Through-Penetration Firestop Systems. This specification states in bold type – "**All through-penetration firestop systems will be installed by one company that will coordinate with all trades requiring through-penetration firestop systems to complete their respective installations.**" This indicates that a sole-source specialty contractor was required and thus implemented for the fire caulk installation. This leads me to the belief that Meetze plumbing was not responsible for the fire caulking application and therefore not responsible for any defects in its installation.   As a licensed and active commercial general contractor, it is my personal practice and an industry standard to use an independent sole-source fire caulk subcontractor.

  As to fire caulking that is supposed to be present to prevent a fire from spreading between units, the absence of firestop systems does not cause damage unless there is a fire.  There has been no report of a fire.  Therefore, the absence of the firestop system has not caused any consequential damage.

- Mr. Maddox is critical of the installation of the drain from the Pressure & Temperature relief valve on the hot water heaters in the residential units.

  - He says that the pipe material should be metallic. Meetze used CPVC pipe which is acceptable due to the fact that it is rated for up to 200 degrees Fahrenheit.

  - He also believes that the drain line from the relief valve should vent to the drain pan in lieu of the vertical PVC pipe. The plans indicate a riser plan for T & P drain piping that ties all stacked units together to drain out through a 1st level exterior wall 6" above grade. Every indication is that the vertical pipe shown in Maddox's photographs is the riser pipe shown in the plans.

The allegations by the plaintiff that the CPVC pipe is not acceptable because it should be metallic is incorrect.   But even if Mr. Maddox was right, there is no evidence that the water heaters have overflowed and that the existing CPVC drains were melted or in any way damaged by hot water overflows. Likewise, as it relates to the idea that the overflow should drain to the drain pan under the water heater and not to the T & P drain pipe out to the first floor, I again disagree that is a problem with a consequence.   But even if it was a problem or the installation was wrong, there is no indication that any overflow has happened and resulted in damage by virtue of the way it is drained.

- It is alleged by the plaintiff's structural engineer, Eddie Porcher with Stantec, that floor trusses have been altered by the plumbing contractor. The photos where this is indicated are in buildings where Meetze did not work. There has been no evidence provided that Meetze has cut or altered any floor trusses. Mr. Porcher admits in his deposition that he could not produce a photo of this condition from the buildings (Monoco & Portofino) on which Meetze worked. The photos that he provides in his report of trusses altered for plumbing pipes are in the other two buildings in which Meetze did NOT provide plumbing work.

  As noted, there is no evidence Meetze cut any floor trusses or that there were any cut floor trusses in the two buildings Meetze worked in.   However, simply because a floor truss has been cut to some degree does not mean that there has been any consequential damage such as breaking of the truss or settlement. A repair for this condition is straightforward and relatively inexpensive. There is no evidence of trusses breaking, any failures, or any minor settlement in the two buildings Meetze worked on.

- Of the 3 issues listed above, I do not believe that the plaintiff's experts are correct in their analysis. However, even if the issues listed above are adjudicated as technical violations of a code or standard, there is no physical consequence as a result of these conditions.

2.    The facts or data considered by you in forming your opinions.

- *Preliminary Report for Forensic Investigation and Evaluation* by Warren E. Maddox, P.E., F. NSPE dated June 27, 2016 and revised on November 14, 2017

- *Preliminary Forensic Investigation Report* by Peter Edwin Sherratt dated January 20, 2016
- *The Promenade at Sandhill Condominiums – Structural Investigations* by Stantec dated May 25, 2017 and revised on November 20, 2017.
- *Subsequent Structural Investigations* by Stantec Consulting Services dated February 28, 2018.
- *Deposition of Warren Maddox, P.E.* dated December 12, 2017.
- *Exhibit 122 of Warren Maddox deposition* – Section 07840 – Though-Penetration Firestop Systems
- *Exhibit 123 of Warren Maddox deposition* – Hilti Firestop Submittal Package
- *Exhibit 131 of Warren Maddox deposition* – Plastics Technical and Installation Manual by Charlotte Pipe and Foundry Company
- *Exhibit 132 of Warren Maddox deposition* – Photograph
- *Deposition of Peter E. Sherratt* dated June 7, 2018.
- *Deposition of Edward C. Porcher* dated October 9, 2018.
- *Deposition of Edward C. Porcher* dated December 11, 2018.
- *Certificate of Occupancy for Building N*
- *Certificate of Occupancy for Building O*
- *Plumbing Subcontract between M.B. Kahn Construction and Meetze Plumbing fo Buildings N & O* dated August 21, 2006.
- *Second Amended Complaint* dated April 18, 2018
- *N & O Plumbing Drawings* by Beame Architectural Partnership and Sims Group Consulting Engineers *Issued for Construction on 08/18/06.*

3.    Any exhibits that will be used to summarize or support your opinions.

- This document and its analysis using the provided materials.

4.    Your qualifications and publications.

- See attached Curriculum Vitae.

5.    A list of all cases in which, during the previous 4 years, you have testified as an expert at trial or by deposition.

- See attached Testimony Record.

6.    A statement of your compensation for reviewing and testifying in this case.

- $200 hourly rate.

As a result of the investigation, a number of observations have been made and conclusions have been reached. The observations and conclusions stated in this report are based on information available as of this writing. It is conceivable that additional information may be forthcoming which bears on these conclusions and opinions. I reserve the right to review all conclusions and opinions at any future point in time, should, in fact, additional information become available.

Please let me know if you have any questions or need further clarification. Rogers Construction Engineering appreciates you contacting us in this matter. Should you have any questions, or if we may be of further assistance, please do not hesitate to call.

Sincerely,

Rogers Construction Engineering

Richard J. Rogers, P.E. M.B.A.
President

Attachment:
1. Curriculum Vitae of Richard J. Rogers
2. Testimony Record of Richard J. Rogers
3. Rate Sheet of Richard J. Rogers

2318 Devine Street
Columbia, South Carolina 29205
803-708-2573
jay@rogersconeng.com



*2318 Devine Street*
*Columbia, SC 29205*
*803-708-2573*
*www.rogersconeng.com*

---

**Richard J. Rogers, M.B.A., P.E.**

---

Engineer:  Civil/Structural

**Construction Management**

**Construction Estimating and Scheduling**

**Construction Accounting**

**Building Codes and Standards**

**Building Envelope/Water Intrusion Analysis**

**Failure Analysis**

**Building Damage Assessment**

**Structural Engineering Analysis**

**Roofs – Industrial, Commercial, and Residential**

**Construction Defects and Claims**

## EDUCATION

**2007**         **Master of Business Administration**
              University of South Carolina, Columbia, South Carolina

**1993**         **Bachelor of Science in Civil Engineering**
              Clemson University, Clemson, South Carolina

## EXPERIENCE

**May 2002 -**      *President, Rogers Construction Engineering*
**Present**        *Columbia, South Carolina*

- Manage multiple stages of successful project completion on design-build construction projects including residential and commercial construction and renovations.
- Design plans and specifications for construction projects.
- Secure permits and ensure adherence to building regulations.
- Manage subcontractors and provide cross-functional supervision of vendors, field staff, suppliers, design staff, office staff, and accounting staff
- Direct operations, including creating company vision and implementing long-range strategic plans along with overseeing office administration and staff hiring / training
- Perform financial forecasting and budget management.
- Provide forensic engineering services including construction defect litigation, structural analysis, site evaluations, and dispute resolution for contractors, insurance companies, real estate agents, building inspectors, and attorneys.
- Perform Building Condition Assessments.
- Provide technical reports with observations, analysis, research, conclusions and/or opinions.
- Perform site design services for commercial sites and residential developments.

**August 2009 –**    *Consulting Engineer, The Warren Group, Inc.*
**December 2011**    *Columbia, South Carolina*

- Conduct technical investigations of construction defects, incidents or losses related to residential, commercial, industrial and historic structures
- Provide estimating and scheduling services for renovation, retrofit, and new construction on wide monetary range of projects
- Provide construction accounting services to include deriving a schedule of values, monitoring payments, and analyzing pay applications
- Perform assessments of damage resulting from weather events

including hurricanes, hail, high winds, tornados, flooding and excessive ice build-up
- Inspect various types of construction and materials including, but not limited to wood framing, load-bearing masonry walls, steel framing, footings and foundations, elevated concrete slabs, concrete slabs-on-grade, retaining walls and miscellaneous proprietary systems
- Evaluate commercial, industrial, and residential roofs
- Additional case related assessments include, but are not limited to, fire damage, moisture intrusion, codes and standards research and site drainage
- Provide construction cost opinions, maintenance funding plans and betterment analyses
- Provide technical reports with analysis, conclusions and/or opinions at the completion of most investigations

**January 2008 – February 2009**

Senior Project Manager/Estimator, J. R. Vannoy & Sons
Anderson, South Carolina

- Directed successful completion of varied retail projects including Lowe's Home Improvement, Dick's Sporting Goods, Staples, and Toyota
- Successfully estimated hard-bid and negotiated projects including solicitation, buyout, and contract negotiation for materials, equipment, and subcontractors.
- Management duties including scheduling, dispute resolution, and work coordination.
- Liased with architects, engineers, vendors, subcontractors, and field staff to ensure schedule adherence and on-time delivery of projects
- Provided financial oversight including analyzing construction costs, budgeting, forecasting, analyzing pay applications and client invoicing

**March 1998 to May 2002**
**March 1994 to February 1997**

Senior Project Manager/Estimator, Hood Construction Company
Columbia, South Carolina

- Directed successful completion of varied design/build projects including educational, retail, hospitality, ecclesiastical, military, and office space
- Collaborated with clients to perform requirements identification, determine specification, and target design solutions
- Oversaw and coordinated with design team to provide project proposals for client approval
- Successfully estimated hard-bid and negotiated projects including solicitation, buyout, and contract negotiation for materials, equipment, and subcontractors.
- Management duties including scheduling, dispute resolution, and work

    coordination.
- Liased with architects, engineers, vendors, subcontractors, and field staff to ensure schedule adherence and on-time delivery of projects
- Provided financial oversight including analyzing construction costs, budgeting, forecasting, analyzing pay applications and client invoicing

**February 1997 – March 1998**

Project Manager/Estimator, J.E. Crain & Son, Inc.
Nashville, TN

- Directed project team members to ensure on-time, on-budget completion of varied commercial projects for building contractor with over 100 employees and $50 million in annual revenue.
- Collaborated in development of new contract development and completion;
- Managed all project stages, including client relations, along with estimating and bidding.
- Managed vendor and subcontractor relations as well as material buy-out.
- Worked closely with architects and engineers along with site inspectors to ensure project met permitting regulations.
- Scheduled varied project stages, performed cost and schedule forecasting.
- Analyzed budgets and coordinated billing and invoicing with accounting department.

## PROFESSIONAL ORGANIZATIONS

American Society of Civil Engineers (ASCE)
Associated General Contractors
Urban Land Institute
Design-Build Institute of America
National Home Builders Association
United States Green Building Council

## REGISTRATIONS

Professional Engineer in South Carolina, #21291
Professional Engineer in North Carolina, #039046
Professional Engineer in Georgia, #PE037031
National Council of Examiners for Engineering and Surveying (NCEES), #44405
General Contractor – Commercial in South Carolina, Class BD5 – Unlimited, #115946
General Contractor – Building in North Carolina, (reciprocity w/SC)
Residential Builder in South Carolina - (Registered Qualifier)
Cal-EMA Certified Disaster Service Worker, #69581
Master Recreational Pond Manager – Clemson Cooperative Extension

## CIVIC

School Improvement Council - Chair, *Rosewood Elementary School, Columbia, SC*
Elder, *Shandon Presbyterian Church, Columbia, SC*
Adult Sunday School Teacher, *Shandon Presbyterian Church, Columbia, SC*
Youth Basketball Committee - Chair, *Shandon Presbyterian Church, Columbia, SC*
Youth Basketball Head Coach, *Shandon Presbyterian Church, Columbia, SC*
Flag Football Head Coach, *Shandon Baptist Church, Columbia, SC*
Little League Baseball Head Coach, *Trenholm Little League, Columbia, SC*
Recreational League Soccer Head Coach, *SC United FC, Columbia, SC*

## SAMPLE CONSTRUCTION PROJECT LIST

- *Midlands Technical College Northeast Campus.* – Responsible for hard-bid estimate and project management for site development of new campus, construction of new manufacturing training facility, and construction of new 42,000 square foot administration/classroom facility.

- *Hayne Street Inn* – Responsible for management of Design-Build Project that included site development, heavy structural foundation stabilization, construction of underground parking garage, and construction of 28,000 square foot hotel/convention center in downtown Charleston historic district.

- *McEntire ANG Base Dining Hall/Joint Medical Training Facility* – Responsible for hard-bid estimate and project management for new 35,000 square foot facility including major site development, construction of new medical facility, and construction of adjacent industrial kitchen with new dining hall.

- *Hanks Seafood Restaurant* - Responsible for design-build restoration project in Charleston Historic District that converted masonry and wood framed historic structure into an award-winning fine dining seafood restaurant.

- *Red Hot Tomatoes* – Responsible for design-build restoration project that converted the historic 5-Points theatre building into an entertainment venue.

- *Sharky's Too* – Responsible for design-build restoration project in an historic 5 – Points building to create a roof top patio with renovations to interiors.

- *210-214 Waccamaw Avenue* – Responsible for design-build construction of multi-unit apartments for student housing at the University of South Carolina including design, construction, and sitework on 8 Units.

- *Fort Jackson Steam Line Replacement* – Negotiated project for replacement of HVAC piping throughout the base. Work involved construction of underground concrete cast-in-place trench for 16,500 linear feet of piping.

- *Trustus Theatre Renovation* – Responsible for design-build restoration project that converted masonry and wood framed historic structure into offices, rehearsal space, and "black box" performance space.

- *1140 Ocean Boulevard Condominiums* – Responsible for Design-Build Project that involved development of Beachfront site at Isle of Palms, construction of 20,000 square foot parking garage, and construction of 24 high-end condominiums.

- *Second Union Baptist Church* – Responsible for Design-Build Project that involved a Sanctuary addition along with renovation to existing church building.
- *Sandel Elementary School Addition and Renovation* – Responsible for hard-bid estimate and project management for gym addition and complete school renovation including finishes, HVAC, Electrical, and Communications.
- *David Lipscomb University Harden Hall Addition – Phases 2 & 3.*- Project Manager/Estimator with Design/Build team for two major campus expansions that included a library addition, classroom additions, a new multipurpose gym, new cafeteria, and infrastructure improvements.
- *Groucho's Deli* – Responsible for multiple design/build restaurants converting existing spaces into deli/kitchens.
- *Goodpasture Elementary School* - Project Manager for ten classroom addition project and stadium structure retrofit for private K-12 school.
- *Saluda's Restaurant* – Project manager for a Building addition and renovation of historic downtown building for creation of new fine-dining restaurant.
- *Lowe's Home Improvement Stores* – Project Manager and estimator for two shopping centers with Lowe's being the Anchor tenant. Projects included contract negotiation, site development, and building construction.
- *Dick's Sporting Goods* - Project Manager and estimator for new sporting goods store. Project included contract negotiation, site development, and building construction.
- *Staples* - Project Manager and estimator for new office supply store. Project included contract negotiation, site development, and building construction.
- *Kroger Grocery Stores* – Project Manager and estimator for a shopping center with Kroger being the Anchor tenant. Project included contract negotiation, site development, and building construction.
- *Walgreen's Drug Stores* – Project Manager and estimator for three new stores around the metropolitan area. Projects included contract negotiation, site development, and building construction.
- *Spratlin Office Building* – Design/Build project with new site and building for office/warehouse.
- *Hood Construction Office Building* – New site and building for office/warehouse.
- *Camp Gravatt Chaplain's Cabin* – New site and building for visiting chaplains at a Christian Children's Camp in Aiken, SC.
- *410-419 South Saluda Avenue* – Responsible for design-build construction of multi-unit apartments for student housing at the University of South Carolina including design, construction, and sitework on 14 Buildings.

## COURSES, SEMINARS AND LECTURES PRESENTED

**June 15, 2012**
"Construction Defect Expert Engineering" presented at South Carolina Engineering and Surveying Conference and Trade Show, Myrtle Beach, SC

**March 2, 2012**
"Weather Event or Construction Defect?" presented at 2012 Custard Insurance Adjusters CAT Conference, Columbia, SC

**March 31, 2011**
"Construction Defect Defined" presented at Course titled "Accident/Occurrence, Faulty Workmanship or "fuzzy"...has Crossman clarified anything?", Columbia Conference Center, Columbia, SC

**March 31, 2011**
"Site Work Defect - Case Studies" presented at Course titled "Accident/Occurrence, Faulty Workmanship or "fuzzy"...has Crossman clarified anything?", Columbia Conference Center, Columbia, SC

**March 31, 2011**
"Concrete Mix Design – Quality Control" presented at Course titled "Accident/Occurrence, Faulty Workmanship or "fuzzy"...has Crossman clarified anything?", Columbia Conference Center, Columbia, SC

**March 31, 2011**
"Water Intrusion in the Building Envelope" presented at Course titled "Accident/Occurrence, Faulty Workmanship or "fuzzy"...has Crossman clarified anything?", Columbia Conference Center, Columbia, SC

**March 31, 2011**
"Construction Defect Litigation Roundtable Discussion: Insurance, Legal, and Expert Representation" presented at Course titled "Accident/Occurrence, Faulty Workmanship or "fuzzy"...has Crossman clarified anything?", Columbia Conference Center, Columbia, SC

**March 15, 2011**
"Construction and Building Issues in the Claims Industry" presented at AI Restoration sponsored seminar at NC Claims Adjustors Meeting, Wrightsville Beach, NC

**October 21, 2010**
"Chinese Drywall" presented at the Large Loss and Complex Claims Investigations Seminar, The Warren Group, Irmo, South Carolina

**October 21, 2010**

 "What Makes a Building Green" presented at the Large Loss and Complex Claims Investigations Seminar, The Warren Group, Irmo, South Carolina

**May 20, 2010**
 "Fire v. Floor: Burn tests of I-joists, Trusses, and Nominal Lumber" presented at the Large Loss and Complex Claims Investigations Seminar, The Warren Group, Irmo, South Carolina

**March 13, 2009**
Presentation on *LEED for Homes From the Trenches* presented at the South Carolina Chapter of the U.S. Green Building Council, Columbia, SC



To Whom It May Concern:

Our rate for forensic work is $200 per hour with no extra expense charges (i.e. photography, storage, mileage, etc.). The only extra expenses would be for hard costs (i.e. outsourced services, destructive testing, rental equipment, etc.). We do not require a retainer or formal letter of agreement. An email approval is all I need to begin work.

Rogers Construction Engineering appreciates you contacting us in this matter. Should you have any questions, or if we may be of further assistance, please do not hesitate to call.

Sincerely,

Rogers Construction Engineering



Richard J. Rogers, P.E. M.B.A.
President

2318 Devine Street
Columbia, South Carolina 29205
803-708-2573
jay@rogersconeng.com

# Testimony Given for Richard J. Rogers
## From 11/1/2007

**File: 161015**     **Docket #2016-CP-32-02742**

| | | |
|---|---|---|
| Tina Huffstetler | vs. | Michael Nemec & Company, Inc.; Nemec Construction Company, Inc.; Michael Nemec, Individually; C. Jeff Stroud Architect, AIA, Inc.; Jeff Stroud, Individually; Lake Murray Environmental Services, LLC; J & A Masonry, LLC; Chris Phillips, individually and d/b/a J & C Framing; P&B Building, LLC; SH Land Clearing & Excavating, Inc.; Land Clearing and Excavating, Inc.; George Otto d/b/a Otto Express Cabinets & Trim; Lake Murray Environmental Services, LLC; Timothy Clark d/b/a Timothy Clark Roofing; CDH Painting, LLC d/b/a CDH Custom Painting; Forterra Brick, LLC; Hollis Plumbing Co., Inc.; Ace Drywall, Inc.; Toby Kesister; and Bruce Chavis; |

Deposition Date: 10/21/20     Location: Columbia, SC

**File: 150480**     **Docket #2016-CP-23-05266, #2016-CP-23-05267, #2017-CP-23-07720, #2019-CP-23-02802, #2019-CP-23-02845, #2019-CP-23-02846**

| | | |
|---|---|---|
| Robert A. Schrage and Phyllis Schrage Danielle Fontaine Robert S. Lyon | vs. | G.A. Zeigler Construction Company, Inc.; Skolas Construction of South Carolina, LLC, f/k/a Skolas Construction Co., Inc.; Skolas Construction Co., Inc.; Vision Masonry, LLC; J. A. Piper Roofing Co., Inc.; Baker Roofing Co., Inc.; Anderson Metal & Supply, Inc.; Action Concrete Pumping, Inc.; JR's Enterprises; and Upstate Stucco & Stone, LLC; |

Deposition Date: 7/15/20     Location: Zoom – Greenville, SC

**File: 150480**     **Docket #2019-CP-29-00220**

| | | |
|---|---|---|
| Simon Pedder and Christine Pedder | vs. | Hammerhead Contracting, Inc. |

Deposition Date: 7/24/20     Location: Charlotte, NC

**File: 150480**     **Docket #2016-CP-10-3455**

Six Fifty Six Owners Association, Inc.          vs.          Winsor South, LLC and Jeffrey Thomas; Southeastern Recapitalization Group, LLC; WCM Construction, LLC; Jonathan J. Thomas; AC Heating and Air Conditioning Service, Inc.; Acme Doors, Inc.; Alpha Omega Construction Group, Inc.; Atlantic Construction Services, Inc.; Buck Lumber and Building Supply, Inc.; Builders Firstsource, Inc.; Builders Firstsource-Atlantic Group, LLC; Builders Firstsource-Florida, LLC a/K/A Builders Firstsource-Florida Design Center, LLC; Builders Firstsource-Southeast Group, LLC; Charlotte Flooring, Inc.; Diria Tawi Painting, Inc.; East Coast Wall Systems, Inc.; Fogel Services, Inc. G&S Home Remodeling, LLC; Guaranteed Framing, LLC; J. Mora Brick & Block Mason, LLC; Land/Site Services, Inc.; Landmark Construction Company, Inc.; Lutzen Construction, Inc.; New Horizon Shutters, Inc. A/K/A New Horizon Shutters International, LLC; PJ Sanchez Masonry, LLC; Screens Plus, Inc.; Simons Construction Company, LLC; Stucco by Design, LLC; Fine Builders, LLC; Speedtruss, Inc.; Argentino Jose Campos D/B/A as Construction; Javier Morales Merino; Novac Construction, Inc.; JHG Construction, Inc.; Advance Plumbing, Heating, & Air, Inc.; Cahill Contracting, LLC; Cogen's Drywall, Inc.; Bob Porter D/B/A Custom Interior Construction; RB's Trim, Inc.; Sharon's Painting, LLC; Davis Tile; Timothy Mitchell; Electrical Design & Construction , Inc.; Hurley Services, LLC; Charleston Exteriors, LLC; Jorge Diaz A/K/A Jorge Louis Diaz Paz; San Luis Construction, Inc. N/K/A Roofing America Metal Fabrications, LLC; Rogerio Dos Santos D/B/A Rogerio Santos Construction; Fabio Oliviera D/A=B/A Four Season Siding; Sunrise Siding, LLC; Garcia Roofing, LLC.; Espino Roofing, LLC; Miguel Painting, LLC; Horacio Jasso; Standard Precast Walls, LLC; Alfornso Rodriguez A/K/A Alfonso Rodriguez, Jr. D/B/A AR Services Co.; Alfonso Rodriguez Vasquez A/K/A Alfonso Rodrigues, Sr.; and Jone Doe 55-75

Deposition Date: 3/3/20                                        Location: Mount Pleasant, SC

**File: 161015          Docket #2018-CP-21-02893**

Greater Lake City Community Dev.    vs.    GBD Construction, et. al.
Office

Deposition Date: 1/31/20    Location: Columbia, SC

**File: 150480    Docket #2014-CP-29-00408**

Clear Choice Construction, LLC; and    vs.    Travelers Property and Casualty
Piedmont Disaster Services, LLC    Corporation; The Travelers Indemnity Co.
    of America; and Windsor Trace
    Homeowners Association

Deposition Date: 11/21/19    Location: Columbia, SC

**File: 180320    Docket #2017-CP-46-2483**

Patrick Keener and Shannon Keener    vs.    Meritage Homes of the Carolinas, Inc.

    And

Meritage Homes of the Carolinas, Inc.    vs.    Mullis Masonry, Inc., Alpha Omega
    Construction Group, Inc., Barefoot and Co.,
    Inc., and MTB Mechanical, Inc.

Deposition Date: 8/30/19    Location: Columbia, SC

**File: 180719    Docket #2018-CP-40-02776**

David Lane and Patricia Lane    vs.    Tuttle Construction, LLC; Sharpe's
    Contracting Services LLC, Superior Walls
    Systems, LLC d/b/a Superior Walls of North
    Carolina and The Building

    And

The Building Center, Inc.    vs.    Rosibel Ringer and Rogers Quality
    Construction, LLC

Deposition Date: 8/22/19    Location: Columbia, SC

**File: 180150    Docket #2016-CP-10-3783**

The Retreat at Charleston National Country  vs.    Winston Carlyle Charleston National, LLC;
Club Home Owners Association Inc.    Colin R. Campbell Construction, Inc.; and
And The Retreat at Charleston National    Colin Campbell, Individually; Builders
Country Club Horizontal Property    Firstsource-Southeast Group, LLC; Americo
Regime    Roofing Concepts, Inc.;DVS, Inc.;Advanced
    Building Connection, LLC;Guy C. Lee
    Building Materials, LLC; WS

Constractors.;LLC; Dino Schwartz,
Individuallly

Deposition Date: 7/24/19

Location: Charleston, SC

**File: 161020     Docket #2016-CP-10-3455**

Six Fifty Six Owners Association, Inc,     vs.
And Robert John Nutley and Sylvia
Player Horres, both individually, and
On behalf of all others and
All others Similarly Situated

Winsor South, LLC and Jeffrey M. Thomas;
Southeastern Recapitalization Group, LLC;
WCM Construction, LLC; Jonathan J.
Thomas; AC Heating and Air Conditioning
Service, Inc.; Acme Door, Inc.; Alpha
Omega Construction Group, Inc.; Atlantic
Construction Services Inc; Buck Lumber
and Building Supply; Builders Firstsource,
Inc.; Builders Firstsource-Atlantic Group,
LLC; Builders Firstsource-Florida, LLC
A/K/A Builders Firstsource-Florida Design
Center, LLC; Builders Firstsource-Southeast
Group, LLC; Charlotte Flooring, Inc.; Diria
Tawi Painting, Inc.; East Coast Wall
Systems, Inc.; Fogel Services, Inc.; G&S
Home Remodeling, LLC; Guaranteed
Framing, LLC; J. Mora Brick & Block
Mason, LLC; Land/Site Services, Inc.;
Landmark Construction Company, Inc.;
Lutzen Construction, Inc.; New Horizon
Shutters, Inc. A/K/A New Horizon Shutters
International, LLC; PJ Sanchez Masonry,
LLC; Screens Plus, Inc.; Simons
Construction Company, LLC; Stucco by
Design, LLC; Fine Builders, LLC;
Speedtruss, Inc.; Argentino Jose Campos
A/B/A AS Construction; Javier Morales
Merino; Novac Construction, Inc.; MJG
Construction, Inc.; Advance Plumbing,
Heating & Air, Inc.; Cahill Contracting,
LLC; Cohen's Drywall, Inc.; Boby Porter
A/B/A Custom Interior Construction; RB's
Trim, Inc.; Sharon's Painting, LLC; Davis
Tile; Timothy Mitchelll; Electricaql Design
& Construction, Inc.; Hurley Services, LLC;
Charleston Exteriors LLC; Jorge Diaz
A/K/A Jorge Louis Diaz Paz; San Luis
Construction, Inc. N/K/A Roofing America
Metal Fabrications, LLC; Rogerio Dos
Santos D/B/A Rogerio Santos Construction;
Fabio Oliviera A/B/A Four Season Siding;
Sunrise Siding, LLC; Garcia Roofing, LLC;
Espino Roofing, LLC; Miguel Painting,
LLC; Horacio Jasso; Standard Precase
Walls, LLC; Alfonso Rodriquez A/K/A
Alfonso Rodriquez, Jr. D/B/A AR Services
Co.; Alfonso Rodriguez Vasquez A/K/A

Alfonso Rodriguez, SR.; and John Doe 55-75

Deposition Date: 6/18/19

Location: Mt. Pleasant, SC

**File: 180120     Docket #2016-CP-32-00866**

D. R. Horton, Inc.                             vs.

Charlotte Walls & Ceiling, Inc.

Trial Date: 2/13/19 – 2/14/19

Location: Lexington, SC

**File: 161020     Docket #17-CP-26-02854**

Michael Ingram and Dianne Ingram,        vs.
Bobby Horn and Donita Horn, and
Bob Shropshire and Kathy Shrospshire,
On behalf of themselves and
All others Similarly Situated

Lauderdale Bay Developers, LLC; Bill
Clark Homes of Myrtle Beach, LLC; L&R
Plumbing, Inc.; Legrande's Enterprises Inc.;
Legrande's Plumbing, Inc.; Elite Exteriors,
LLC; C&F Siding and Framing, Inc. A/K/A
G&F Framing & Siding, Inc.; Lauderdale
Bay Homeowners Association Inc.; and Jeff
Farrell

And

Bill Clark Homes of Myrtle Beach, LLC        vs.

Exterior Concepts 2, Inc.; and Elizabeth
Saldivar, D/B/A A.S. Construction

Deposition Date: 11/27/18

Location: Columbia, SC

**File: 160140     Docket #2015-CP-10-0955**

Palmetto Pointe at Peas Island        vs.
Condominium Property Owners
Association, Inc. and Kathy Milner,
Individually, and on Behalf of
All others Similarly Situated

Island Pointe, LL; Complete Building
Corporation; Tri-County Roofing, Inc.;
Creekside, Inc.; American Residential
Services, LLC D/B/A ARS/Rescue Rooter
Charleston; Andersen Windows Inc.;
Atlantic Building Construction Services
Inc.; Builder Services Group, Inc. D/B/A
Gale Contractor Services; Novus Architects,
Inc.; Tallent and Sons, Inc.; W C Services,
Inc.; CRG Engineering, Inc.; Certainteed
Corporation; Kelly Flooring Products, Inc.,
D/B/A Carpet Baggers; Cornerstone
Construction and Mark Malloy D/B/A
Cornerstone Construction; Miracle Siding,
LLC and Wilson Lucas Sales D/B/A Miracle
Siding LLC; Mark Palpoint A/K/A Micah
Palpoint; Elroy Alonzo Vasquez; Chris
A/K/A John Doe 61; Alderman
Construction; Stanley's Vinyl Fence
Designs; Cohen's Drywall Company, Inc.;
Mosley Concrete; Hand A Faming
Construction, LLC A/K/A H & A Framing
Construction, LLC and D/B/A H and A

|  |  | Framing, LLC, H&A Construction; JMC Construction, Inc.; JMC Construction, LLC; John Doe 1-15, |
|--|--|--|
|  | And |  |
| Complete Building Corporation, Inc., | vs. | Leonard T. Browne and Christopher N. Union |
|  | And |  |
| American Residential Services, LLC, | vs. | Victor Hugo Hernandez; Hernandez Electric, LLC; Liliana Rojas Flores; Martin Barr D/B/A Port City Structured Wiring; Keller Electric, LLC; John Toolin D/BA John F. Toolin Heat and Air; Russell "Rusty" Hill D/B/A Rusty's Heating & Air; and Warren Anderson |

Deposition Date: 11/15/18                    Location: Mount Pleasant, SC

**File: 160980        Docket #01-16-0002-4288**

| Mallard Creek, LTD, | vs. | CW Construction & Development, LLC; 31-W Insulation Soc, Inc.; Basic Electric Company, Inc.; Baucom's Grading, LLC; Carolina Floor Systems, Inc.: Charlotte Mechanical, LLC; Customworks Services, LLC; Ecoscape Solutions Group, Inc.; International Drywall and Paint, Inc.; J. Flores Roofing, Inc.: Ochoa Construction Services, Inc.; Wayne Automatic Fire Sprinklers, Inc.; Safeco Insurance Company of America; PQH Group, Inc., f/k/a PQH Architects, Inc.; and Jose M. Perez, AIA |
|--|--|--|
|  | And |  |
| JDR Communities, Inc. and Vestcor Communites | vs. | PQH Group, Inc. f/k/a PQH Architects, Inc.; Ricardo E. Quinones, IAI; and Jose M. Perez, AIA |

Deposition Date: 10/17/18                    Location: Charlotte, NC

**File: 150660        Docket #3:18-00794-JMC**

| Bernard and Susan Kuhn | vs. | The Travelers Home and Marine Insurance Company |
|--|--|--|

Deposition Date: 10/16/18                    Location: Columbia, SC

**File: 160430        Docket #2016-CP-26-04729**

| Pamela Eversole | vs. | Awesome Consignment Center, Inc.; |
|--|--|--|

Designer Center, Inc.; Salty Dogs
Properties, LLC; Michael T. Brown a/k/a
Just Finished Carpentry; Leonard Call
Annual Rentals, LLC; and H. B. Springs
Company

Deposition Date: 3/28/18                          Location: Myrtle Beach, SC

**File: 180120     Docket #2016-CP-32-00866**

D. R. Horton, Inc.                    vs.        Charlotte Walls & Ceiling, Inc.

Deposition Date: 7/13/18                          Location: Columbia, SC

**File: 160880     Docket #2016-CP-40-01698**

Five Thousand Forest, LLC             vs.        Axiom Architecture PA,
                                                 and McCrory Construction, LLC

Deposition Date: 6/14/17                          Location: Columbia, SC
Trial Date: 1/26/18                               Location: Columbia, SC

**File: 160920     Docket #2015-CP-32-02418**

William H. Sullivan J. and John M.    vs         Joey Pfrommer and LandTech Inc., Shirley
Knotts                                           Construction, and Civil Engineering of
                                                 Columbia

Deposition Date: 1/3/18                           Location: Lexington, SC

**File: 170375     Docket #2015-CP-26-8308**

Seashore Villas at Ocean Keyes Property   vs     Ocean Keyes Development, LLC, Keye
Owners Association, Inc.                          Construction Co. Inc., Keye Communities,
                                                 LLC, Russell P. Baltzer, AIA, Pine Bluff
                                                 Construction Co. Inc., Affordable Home
                                                 Improvement, Inc., Carefree Exteriors Inc.,
                                                 S.C.S.S. Inc., Richard H. Construction, LLC
                                                 a/k/a Ricardo Hernandez d/b/a/ Richard
                                                 Framing Construction, Richard H.
                                                 Construction , LLC a/k/a Ricardo Hernandez
                                                 d/b/a Richard Framing Con. Inc., Jose
                                                 Rodriguez, Coastal Stucco Inc., Re-New
                                                 Construction Services, B&J Builders, Inc.,
                                                 Hugo Silva and Hugo Silva d/b/a Wellington
                                                 Da Silva

Deposition Date: 12/20/17                         Location: Charleston, SC

**File: 140590     Docket #2013-CP-10-05559**

Madison at Hamlin Plantation Townhomes   vs.     Builders Support Services of the Carolinas,

Association, Inc. and Thomas C. Koontz and Jane A. Marshall

Inc., individually, and f/k/a John Wieland Homes and Neighborhoods of the Carolinas Inc. individually, and f/k/a John Wieland Homes and Neighborhoods of NC, Inc. individually and f/k/a John Wieland Homes and Neighborhoods of SC, Inc., et al.,

Deposition Date: 12/14/17

Location Mount Pleasant, SC

**File: 150130     Docket #15-CVS-14745**

AP Atlantic, Inc. d/b/a Adolfson & Peterson Construction

vs.

Crescent University City Venture, LLC and the Guarantee Company of North America USA, BB&M Architecture, PLLC, SCA Engineers, Inc., Madison Construction Group, Inc., Trussway Manufacturing, Inc., T.A. Kaiser Heating & Air, Inc., Sears Contract, Manual Building Contractors, LLC

Deposition Date: 12/21/17

Location: Charlotte, NC

**File: 170375     Docket #2015-CP-26-5585**

Lakeside Townhomes at Ocean Keyes Horizontal Property Regime, Inc. and Lakeside Townhomes at Ocean Keyes Property Owners Association, Inc.

vs.

Ocean Keyes Development, et. Al.

Deposition Date: 11/6/17

Location: Myrtle Beach, SC

**File: 160890     Docket #16-CVS-3500**

Johnathan Barbero and Jennifer Barbero

vs.

Meritage Homes of the Carolinas

Deposition Date: 2/9/17
Arbitration Date: 8/22/17

Location: Charlotte, NC
Location: Charlotte, NC

**File: 140720     Docket #2013-CP-32-03379**

Charles D. Corley

vs.

United Contractors, LLC, South Carolina Department of Transportation, Town of Lexington

Deposition Date: 5/12/17

Location: Lexington, SC

**File: 160260     Docket #15-CP-10-2203**

Asher Kiawah Island, LLC

vs.

Simonini Builders of South Carolina, Inc., Simoni Builders, Inc., Charlotte Plastering, Inc., Michael A. Giblin Roofing and Siding,

Inc., d/b/a Giblin Roofing and Siding, Inc., Lucas Martins Construction, LLC a/d/a Lucas Martin Construction, Henselstone Window and Door Systems, Inc., PJ Sanchez Masonry, LLC, Khisko Stucco, LLC, Edward Olstrom, Harry Dean Dandridge, Noemi Gutierrez, and John Doe #1-42

Deposition Date: 2/24/17                    Location: Mount Pleasant, SC

**File: 140200      Docket #2013-CP-10-3886**

Hamlin Park Homeowners Association      vs.          D.R. Horton Inc. and Boozer Lumber

Deposition Date: 1/4/17                     Location: Columbia, SC

**File: 140190      Docket #2013-CP-26-1497**

Bruce Langston, representing a      vs.          Lyons Cove Homeowners Association
Class of similarly situated people                 Board of Directors and Lyons Cove
                                                   Homeowners Association, Inc.

Deposition Date: 8/2/16                     Location: Myrtle Beach, SC

**File: 150310      Docket #2014-CP-46-01097**

Clear Choice Construction, LLC;      vs.          Travelers Property and Casualty
And Piedmont Disaster Services, LLC               Corporation, The Travelers Companies, Inc.,
                                                   and Fidelity and Guaranty Insurance
                                                   Underwriters, Inc. A/K/A Fidelity &
                                                   Guaranty Ins. Underwriters

Deposition Date: 7/19/16                    Location: Columbia, SC

**File: 150510      Docket #2015-CP-02-01380**

George Sich, III,      vs.          J&S Hudson Construction, Inc., HBC, Inc.,
                                    And Jeffrey Hudson, Jim Minichella D/B/A
                                    Minichella Construction, Oscar Caldwell,
                                    Pete Lawson, Clarence Pope, Z&G Iron
                                    Works, And Prestige Stucco

Deposition Date: 6/27/16                    Location: Aiken, SC

**File: 150360      Docket #2014-CP-10-3520**

Deborah M. Wertan      vs.          Greathouse Construction
                                    Management, LLC, Bradley Howard, Dana
                                    M. Greathouse, Pella Window & Door,
                                    LLC, Pella Corporation, William George

Nealy d/b/a WGN Construction, John D. Owen d/b/a John Owen Construction, Plastering Surfaces, LLC, Willie Campbell d/b/a/ The Ironie of It, Strand Metals Service, Inc. d/b/a Palmetto State Steel Company, Lonzie & Sons, Inc., n/k/a Lonzie & Allen, LLC, Bryan Renovations & Maintenance, T.B. Construction, Inc., Eric Heyward individually and d/b/a Heyward Bricklaying, John Doe Window Installer, Jerry Comer, Southern Foam & Coating Carolinas, Inc., Aqua Blue Pools of Charleston, Inc., Robert M. Hart d/b/a Hart Roofing Co., Inc. and John Doe 1

Deposition Date: 6/22/16                                  Location: Charleston, SC

**File: 150650        Docket #2011-CP-26-8314**

Chester S. Hejna and Mary Ann Hejna,          vs.      Heritage Communities, Inc. Heritage
Individually and representing as a class,                Magnolia North, Inc. and Buildstar
All Unit owners of Magnolia North                       Corporation
Horizontal Regime

Deposition Date: 5/27/16                                  Location: Conway, SC

**File: 150300        Docket #2014-CP-23-2541**

The Summit at Pelham Springs Property Owners'  vs.     Poinsett Holdings, LLC; Poinsett Holdings,
Association, Inc., And the Summit At Pelham              II, LLC; Poinsett Homes; Poinsett
Springs Horizontal Property Regime                      Development, LLC; Poinsett Homes, LLC,
                                                        Et Al.

Deposition Date: 4/27/16                                  Location: Spartanburg, SC

**File: 140590        Docket #2013-CP-10-3326**

Waverly at Hamlin Plantation                   vs.      John Wieland Homes And Neighborhoods
Townhome Association, Inc.,                              Of The Carolinas, Inc., As Successor By
                                                        The Statutory, Merger To John Wieland
                                                        Homes And Neighborhoods Of South
                                                        Carolina, Inc., John Wieland Homes Of
                                                        Charleston, Inc., John Wieland Homes, Inc.,
                                                        Builder Support Services Of The Carolinas,
                                                        Inc., And Wheelock Street Capital, LLC,
                                                        D/B/A John Wieland Homes And
                                                        Neighborhoods, Inc., Barr Construction,
                                                        Inc., Benjamin Mora D/B/A Mora
                                                        Construction A/K/A Benjamin Mora
                                                        Construction, LLC, Builders Firstsource,
                                                        Inc. A/K/A Builders Firstsource-Southeast
                                                        Group, LLC, A/K/A Builders Firstsource-
                                                        Atlantic Group, Llc, Dbc Construction

Services, LLC, Eli, Inc., Gerardo Rosette Sanchez A/K/A Gr Painting, Jorge Medina, Jorge Medina A/K/A JMC Construction, Inc., Jesus Mora A/K/A J. Mora Brick & Block Mason, LLC, Juan Luis Sanchez, Juan Luis Sanchez A/K/A Sanchez Brothers Painting, Latitude Construction Services, Llc, The Muhler Company, Inc., Paul M. Vasquez, Richard Ditullio A/K/A RDT Contracting, LLC

Deposition Date: 3/9/16                    Location: Columbia, SC

**File: 160290      Docket #2014-CP-26-4954**

Steve Hughes d/b/a Affordable          vs.     Michael J. Blankenship, Laurie C.
Concrete & Masonry                             Blankenship and the CNB Corporation

Deposition Date: 3/2/16                    Location: Columbia, SC

**File: 150440      Docket #14-CVS-17893**

D. Ballard Construction, Inc.          vs.     Larry G. Stegall

Deposition Date: 2/28/16
Arbitration Date: 4/13/16                 Location: Charlotte, NC

**File: 160100      Docket #**

Steven A. Howard                       vs.     David P. Fautley d/b/a Homemax, LLC

LLR Hearing Date: 2/18/16                 Location: Columbia, SC

**File: 140100      Docket #**

Dr. Joel C. Green, Jr.                 vs.     Clarence E. Felder

LLR Hearing Date: 8/11/15                 Location: Columbia, SC

**File: 140380      Docket #13 CVS 2315**

Pamela Charlene Brady and George M.    vs.     Bent Tree Homeowners' Association, Inc.
Brady                                          aka Bent Tree Plantation Homeowner's
                                               Association and Community Associations
                                               Management at OIB

Deposition Date: 12/18/14                 Location: Bolivia, NC

**File: 130270      Docket #12-CV-4492-RLV**

| | | |
|---|---|---|
| The Shamrock Partnership, 2012, LLC as Successor in interest to Toro Properties VI, LLC d/b/ Shamrock Gardens Apartments | vs. | Pacific Insurance Co. LTD., National Fire and Marine Insurance, Co. and The Hartford Insurance Co. |
| Deposition Date: 11/14/14 | | Location: Atlanta, GA |

**File: 130320      Docket #2011-CP-07-3885**

| | | |
|---|---|---|
| Plantation Point Horizontal Property Regime Owners Association, Inc.; Jennifer M. Welsh n/k/a Jennifer Worrell; Elizabeth A. Hinchey; Nannette J. Manning; Nannette J. Manning as Successor Trustee of the 4J Trust Agreement Dated March 28, 2000; James D. Manning; and John Doe and Mary Roe, individually and on behalf of others similarly situated, | vs | Ashley Plantation Limited Partnership; Ashley Plantation Development Corporation; Colonial Realty Limited Partnership; Colonial Properties Trust; Kings Ashley Plantation Apartments, LLC; Kings CL Associates, LP; Kings CL Realty, LLC; Contravest Construction Co., a/k/a Contravest Builders; Contravest, Inc.; Coastal Framing, Inc., f/k/a GWB, Inc.; Terminix Service, Inc.; Charlan Brock and Associates, Inc.; Professional Plastering & Stucco, Inc.; Forum Construction, Inc.; Santana Construction; Atlas Electrical Company, Inc. n/k/a American Residential Services of South Carolina, Inc.; Norma Gonzales; Orkin, LLC; Carolina Termite & Pest Control, Inc.; Action Pest Control, Inc.; Wright Contracting Co.; Construction Analysis systems, Inc., Wellington Professional Stucco and Drywall, Inc.; Wellington Professional Stucco and Drywall I, Inc.; Donnie M. King, Construction Offices of Stanford, Inc.; Horizon, Inc.; Best Masonry and Tool Supply, L.P. as successor in interest to Best Masonry & tool Supply, Inc., as successor in interest to Magna Wall, Inc.; Keenan Hopkins Schmidt & Stowell Contractors, Inc. Rupert Chambers, Chambers Enterprises of America, Inc., d/b/a Chambers Stucco, Jorge Batres, Imperial Plastering, Inc., Marcos Cordava, Sebastian Lopez, David Godinez, Jesse J. Miller, Sonny Wright Roofing and Contracting, Island Glass & Building Products, Inc., Landmark Residential Management, LLC, Kings Acquisitions, LLC, Kings Acquisitions II, LLC, Elco Landmark Residential Holdings, LLC, Paramount Companies of Florida, LLC, CFH Group, LLC, CFH Investors, LLC, John Doe 2, |

Deposition Date: 4/30/14                      Location: Beaufort, SC

**File: 130440     Superior Court Docket #12 CVS 1110**

Dennis J. Scharf and Wife Cheryl H Scharf    vs.    Elevator Sales and Service, Inc. MWP Holdings, Inc.; ThyssenKrupp Access Corp., A Delaware Corporation; Waupaca Elevator Company, Inc. A Wisconsin Corporation, Grove Gear Corporation, A Wisconsin Corporation; and Regarl-Beloit, A Wisconsin Corporation.

Deposition Date: 4/22/14                      Location: Holden Beach, NC

**File: 140250     Docket #2013-CP-38-00372**

James C. Rayner and Renate Rayner    vs.    Pete Chaplin, Pete Chaplin dba Pete's Pest Control, Rhonda Robinson, Robinson Real Estate Services aka Robinson Real Estate Service, Inc., Rhonda Robinson dba Robinson real Estate, Kenneth S. Ott, House Hunter Realty aka House Hunter Realty The Palmetto Group, Kenneth S. Ott dba House Hunter Realty aka House Hunter Realty The Palmetto Group, Emmett Bozard dba House Hunter Realty aka House Hunter Realty The Palmetto Group, Edith Oxendine, Derek White as POA for Edith J. Oendine.

Arbitration Date: 3/26/14                      Location: North, SC

**File: 120380     Docket #2009-CP-46-02462**

Mark Thomas and Teresa Thomas    vs.    Marty Taylor Homes, Inc., Bowers Construction Co., LLC, and Bill Walker d/b/a Walker Construction.

Deposition Date: 11/20/13                      Location: Fort Mill, SC

**File: 120500     Docket #2011-CP-02-755**

Roswell C. Wilson    vs.    Kevin Michael Douglas and Dolly D. Douglas

Deposition Date: 6/19/13
Trial Date: 7/23/13                      Location: Aiken, SC

**File: 130200     Docket #2012-CP-40-03607**

Fulcrum Construction    vs.    Dirt Cheap Hauling & Services, Inc.

Arbitration Date: 6/7/13                      Location: Columbia, SC

**File: 120350     Docket #2010-CP-27-038**

| | | |
|---|---|---|
| O.C. Welch, III, and O.C. Welch Ford Lincoln Mercury, Inc.            . | vs. . | The Solid Rock Co. , Inc., Carolina Engineering Consultants, Inc., Malphrus Construction Company, Inc., and Nudell Architects. |

Deposition Date: 5/13/13

Arbitration Date: 5/27/13                     Location: Hardeeville, SC

**File: 110290        Docket # 2009-CP-32-03112**

| | | |
|---|---|---|
| Jolene Marchant and Larry Marchant | vs. | Lucas Custom Builders, LLC, Carol O. Lucas, Sr. and Kathryn J. Lucas, |
| | vs. | Lynn Heating & Air Conditioning, Peele's Electric Company, Inc. and Robert Burgess d/b/a Burgess Painting Services |

Trial Date: 3/18/13                          Location: Lexington, SC

**File: 120310        Docket # 2010-CP-32-00546**

| | | |
|---|---|---|
| Alice Jean Chapman, et. al. | vs. | B&B Construction, J.C. Wilkie Construction, et. al. |

Trial Date: 10/9/12                          Location: Lexington, SC

**File: 120190        Self-Administered Arbitration**

| | | |
|---|---|---|
| MV Rosewood LLC, Rosewood at Providence, LLC and Rosewood Condominiums Homeowners Association, Inc. | vs. | Rosewood at Providence, LLC, Batson-Cook Company, and Narmour Wright, PA. |
| | vs. | Precision Walls, Inc., Pella Carolin, Inc., and Cartner Glass Systems, Inc. |

Deposition Date: 9/25/12                      Location: Charlotte, NC

**File: 100546        Docket # 2010-CP-40-8407**

| | | |
|---|---|---|
| Spirit SPE Columbia, LLC | vs. | Century Capital Group, LLC, Walkup Management, Inc., Don E. Taylor Realty Company, Donald E. Taylor, Individually, and William D. Walkup, Individually |

Deposition Date: 8/1/12                       Location: Columbia, SC

**File: 100510        Docket # 2010-CP-08-142**

| | | |
|---|---|---|
| Fred Danzinger, Jack E. Fockler, Cheryl L. Fockler, Nancy K. Johnson, Terry D. Johnson, Jean C. Lafrance, Katherine S. Lafrance, Joseph Muarelli, Jeanne M. Sheehy, Robert F. Sheehy, Robert Weiner, and David H. Williams, Jr. | vs. | New Tradition Builders, Inc. New Trad-itions Custom Home Builders, Inc.,  New Traditions Architect, Inc., and New Trad-ition Partners, LLC |
| | vs. | Bracci Roofing, LLC, Castle Siding, Inc., Cohen's Drywall Company, Inc., Fine |

Builders, LLC, J. Mora Brick and Block
Mason, LLC, Martschink Construction
Company, Inc., Sharon's Painting, LLC,
Southern Interior Trim, and Summers
Landscape Construction, Inc.

Deposition Date: 7/23/12                        Location: Mt. Pleasant, SC

**File: 90090        Docket # 2011-CP-26-0687**

Randall J. Werkhoven                    vs.     Associates Roofing and Construction, Inc.
                                                d/b/a/ A.R.C. Inc. of Murrels Inlet,
                                                Golednlook International, Inc., and Island
                                                Construction Services

Deposition Date: 5/17/12                        Location: Conway, SC

**File: 90292        Docket # 2010-CP-32-3519**

Fred McGary and Carolyn McGary          vs.     Atlantis Development Group, LLC, Power
                                                Engineering Co. Inc., CNA Construction,
                                                Inc. and Beazer Homes Corp.

Deposition Date: 8/12/2011                      Location: Lexington, SC

**File: 11100        Docket #2009-CP-32-3901**

Hurricane Development at Emmanuel, LLC   vs.     FRC Construction, LLC, Frankie Thomas,
                                                And InSite Group, LLC.

Deposition Date: 5/10/2011                      Location: Columbia, SC

**File: 08110        Docket #05-CP-41-00038**

William B. Branton, Jr. and Pamela M. Branton   vs.     David Neil Ellison, individually and d/b/a
                                                Ellison's Construction

Trial Date:      3/17/2008                      Location: Saluda, SC